IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :           CRIMINAL ACTION
                                        :
               v.                    :
                                        :            NO. 18-44-1
CARLOS MORALES PIZARRO     :

ORDER

And now, this  10th  day of November 2020, for the
reasons set forth in the foregoing Memorandum, it is hereby
ORDERED that the emergency motion of defendant Carlos Morales
Pizarro to suspend or reduce sentence under 18 U.S.C. §
3582(c)(1)(A) (Doc. # 33) is DENIED.


                                       BY THE COURT:

                                       /s/ Harvey Bartle III

                                                               J.